No. 74–576. STERRETT ET AL. *v.* TAYLOR ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–874. MICHIGAN *v.* RAINWATER. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.